NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**LUITPOLD PHARMACEUTICALS, INC.,**
*Appellant*

v.

**PHARMACOSMOS A/S,**
*Appellee*
_____

2017-1715, 2017-1725
_____

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2015-01490 and IPR2015-01493.
_____

**O R D E R**

The above-captioned appeals appear to be related.

We consolidate the appeals, and thus one set of briefs should be filed for the two appeals.

Accordingly,

IT IS ORDERED THAT:

The appeals are consolidated. The revised official caption is reflected above. The certified lists are due no later than April 11, 2017.

FOR THE COURT

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court

s31