**17-1715, 1725, 1786**

# United States Court of Appeals for the Federal Circuit

Luitpold Pharmaceuticals, Inc.,
*Appellant*

v.

Pharmacosmos A/S,
*Cross-Appellant*

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in *Inter Partes* Review IPR2015-01493 and IPR2015-01490

## LUITPOLD PHARMACEUTICALS, INC.'S MOTION TO EXTEND TIME TO FILE OPENING BRIEF

George E. Quillin
Michael D. Kaminski
Bradley D. Roush
Foley & Lardner LLP
3000 K Street, N.W.
Washington, D.C. 20007
Telephone: 202-672-5300
Facsimile: 202-672-5399

*Attorneys for Appellant Luitpold Pharmaceuticals, Inc.*

Pursuant to Fed. Cir. R. 26(b), Appellant Luitpold Pharmaceuticals, Inc. ("Appellant") respectfully moves this Court for an extension of time to file its Opening Brief. Specifically, Appellant seeks a fourteen-day extension of time to file its Opening Brief, up to and including June 29, 2017.

Appellant provides the following information required by Fed. Cir. R. 26(b)(4):

(A) the date to be extended: June 15, 2017;

(B) the revised date sought: June 29, 2017;

(C) the number of days of extension sought: 14 days; and

(D) the total number of days of extension previously granted to the movant: 0 days.

Good cause exists for the requested 14-day extension, from June 15, 2017 to June 29, 2017, as counsel needs additional time to confer with the client concerning issues raised by each of the appeals.

Counsel for Appellee Pharmacosmos A/S ("Appellee") has been contacted concerning the requested extension. Appellee has indicated that it does not object to the requested extension of time.

These circumstances establish the good cause necessary for Appellant's motion.

2

## **CONCLUSION AND STATEMENT OF RELIEF SOUGHT**

For the above reasons, Appellant respectfully requests that this motion be granted and that the Court extend the time to file Appellant's Opening Brief, such that Appellant's Opening Brief would be due June 29, 2017.

Dated: June 6, 2017　　　　　　　　　　　　Respectfully submitted,

By:　/Michael D. Kaminski/
　　　Michael D. Kaminski
　　　George E. Quillin
　　　Bradley D. Roush
　　　Foley & Lardner LLP
　　　3000 K Street, NW
　　　Washington, DC 20007
　　　Telephone: 202-672-5300
　　　Facsimile: 202-672-5399

# CERTIFICATE OF INTEREST

Counsel for Appellant Luitpold Pharmaceuticals, Inc. certifies as follows:

1. The full name of every party represented by me is: Luitpold Pharmaceuticals, Inc.

2. The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is: None.

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are: Daiichi Sankyo Co., Ltd.

4. The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this Court are:

   Foley & Lardner LLP: George E. Quillin, Michael D. Kaminski, Bradley D. Roush

   Dated: June 6, 2017

|  |  |
|---|---|
|  | By: /Michael D. Kaminski/ |
|  | Michael D. Kaminski |
|  | George E. Quillin |
|  | Bradley D. Roush |
|  | Foley & Lardner LLP |
|  | 3000 K Street, NW |
|  | Washington, DC 20007 |
|  | Telephone: 202-672-5300 |
|  | Facsimile: 202-672-5399 |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing has been filed using the court's CM/ECF system. All counsel of record for Cross-Appellant/Appellee, Pharmacosmos A/S, were electronically served via CM/ECF on June 6, 2017.

/Michael D. Kaminski/
Michael D. Kaminski
